IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH ATHEL HALL | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| v. | : | |
| | : | NO. 08-cv-2396 |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | |
| | : | |
| Defendant | : | |

**ORDER**

AND NOW, this 9th day of April, 2009, upon careful and independent consideration of Plaintiff's Brief and Statement of Issues (Doc. No. 14), Defendant's Response (Doc. No. 15), Plaintiff's Reply Brief (Doc. No. 17), and after review of the March 13, 2009 Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Doc. No. 18), to which no objections have been received, it is hereby ORDERED that:

1. The Report and Recommendation (Doc. No. 18) is APPROVED and ADOPTED;

2. This matter is REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with Magistrate Judge Hey's Report and Recommendation, and JUDGMENT is entered REVERSING the decision of the Commissioner of Social Security for the purposes of this remand only; and

3. The relief sought by Plaintiff in her Brief and Statement of Issues (Doc. No. 14) is GRANTED to the extent that the matter be REMANDED for further proceedings consistent with Magistrate Judge Hey's Report and Recommendation.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J